UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-14111 MARTINEZ/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION ON 3|09|6.03 FOR MAILING

DERRICK WRIGHT
_____
_____
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

FILED by _____ D.C.
APR - 2 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

DEPARTMENT OF CORRECTIONS
DIVISION OF RISK MANAGEMENT/U.M.
_____
_____
_____

(Enter above the full name of the defendant or defendants in this action.)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

cat / dlv  1983/550 FTP
Case # _____
Judge _____ Mag _PAW_
Motn Ifp _Yes_ Fee pd $ _0_
Receipt # _____

Page 1 of 5

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ( )    No (✓)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiffs: _____

         _____

         Defendants: _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county): _____

         _____

      3.  Case Number: _____

      4.  Name of Judge to whom case was assigned: _____

         _____

      5.  Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

         _____

      6.  Approximate date of filing lawsuit: _____

      7.  Approximate date of disposition: _____

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.     Place of present confinement: _____

   A.   Is there a prisoner grievance procedure in this institution?
        Yes ( ✓ )   No ( )

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( ✓ )   No ( )

   C.   If your answer is YES:
        1. What steps did you take? _Filed formal DC1 303 Forms_

        2. What was the result? _Provided information of denial and was instructed it's Doctors position to oversee matters_

   D.   If your answer is NO, explain why not: _____

II.  Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of plaintiff: _DERRICK WRIGHT_
        Address: _3420 N.E. 168th Street, Okeechobee, FL 34972_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

   B.   Defendant _DEPARTMENT OF CORRECTIONS_
        is employed as _Care Takers_
        at _501 South Calhoun Street, Tallahasse, FL 32399_

Page 3 of 5

C. Additional Defendants: **DIVISION OF RISK MANAGEMENT/UTILIZATION MANAGEMENT**

Is employed as: Environmental Health, Safty and Management Office

At: 200 East Gaines Street, Tallahasse, FL 32399

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Under the Eigth Amendment I am entittled to "Medical Care". I am being denied that right by refusing to honor recommendation of "EXCISION" to remove Fatty Tissue (Lipoma) located in the right cheek. On 6/22/10 upon arrival to Department of Corrections. I informed Medical Staff of my condition of the fatty Tissue (Lipoma) in the right cheek; that I've been through treatment to have it removed. Where during incarceration in the County Jail (Broward County) I was approved to have operation. But due to being transferred to D.O.C. I am concerned about operation not being carried out. I was then advised that I would have to be evaluated once I arrive at my permanant facility. Whereupon arrival at Okeechobee C.I. 7/6/10, I was then evaluated and escorted on 10/18/10 to South Florida Reception Center to be seened by Specialist and had a Medical Referral Submitted for a Cat Scan (C.T. Scan). On 12/14/10 I was taken to South Florida to be housed. On 1/18/11 I was escorted to Kindle Regional Hospital to carry out C.T. Scan order. I was told that it's been affirmed that I have fatty Tissue (Lipoma) located in the right cheek and that the next time I am seened I am (See Attached Page 4a of 5)

Page 4 of 5

# (ATTACHMENT)

going to have operation to remove fatty tissue (Lipoma). On 2/28/11 I spoke with the Specialist and had another Medical Referral submitted to carry out an order of "Excision". Where on 3/2/11 the order was denied. And on 4/12/11 I was returned back to O.C.I. I then consulted with Medical personnel on 4/20/11 to find out what was going on and was told that I was denied by "Utilization Management." Being of the opinion (Doctor's opinion) that it is "Cosmetic". I then had another Medical Referral submitted three (3) weeks prior to 11-15-11 for reconsideration. Where on 11-15-11 I was taken back to S.F.R.C. and on 11-18-11 seened by the same specialist, and again, placed another order for excision. On 12-21-11 I was placed on the call out at S.F.R.C. and was told that ~~the~~ I was denied on 12-1-11. I then submitted sick call on 12-28-11 and was seened by sick call responder. Whereby I requested to see a Doctor. On 1-4-12 I seened a doctor in response to my request at S.F.R.C. Where all I was given as a response of opinion (Doctor's opinion) that because it's Cosmetic. Which is the reason "Utilization Management" probably denied requested need of "excision". Because of the denial of adequate medical treatment, I continue to suffer the following: Migraine Headaches, Stiffness of the Jaws, and sometimes blood like tastes in the mouth.

V.   Relief

State briefly exactly what you want the court to do so for you.  Make no legal arguments.  Cite no cases or statutes.

<u>Injuction Relief:</u> for Department of Corrections to pay for surgery that's needed to right cheek.

<u>Compensatory Damages:</u> $280,000.°° for Plaintiff's Mental and Emotional injury resulting from failure to provide necessarily needed Medical Care. That Defendants: Department of Corrections and Division of Risk Management/ Utilization Management Jointly pay the amount of $280,000.°° for Plaintiff's pain and suffering of Defendants failure to provide Adequate Medical treatment.

<u>Punitive Damages:</u> $180,000.°° for Inflicting the pain and suffering of Mental and Emotional Distress, Violating Eigth Amendment right and Art 1 Sec 17 of the Fla. Const.

<u>Nominal Damages:</u> $1.°°

Signed this _____ day of _____ , 20 _____ .

*Derrick Enright*

_____
(Signature of plaintiff or plaintiffs)

declare under penalty of perjury that the foregoing is true and correct.  Executed on _____

*Derrick Enright*
(Signature of plaintiff)

Okeechobee C.I
Derrick Wright DC#M64251
3420 N.E. 168th Street
Okeechobee, FC 34972

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PROVIDED TO
OKEECHOBEE CORRECTIONAL
INSTITUTION
ON 3/29/12 03
FOR MAILING

DERRICK WRIGHT
   Plaintiff,

V.

CASE NO:

DIVISION OF RISK MANAGEMENT

   Defendant,

## SUMMONS

To: DIVISION OF RISK MANAGEMENT

You are Hearby Summoned and required to serve upon Plaintiff DERRICK WRIGHT, Whose address is 3420 N.E. 168th Street, Okeechobee, Florida, 34972, an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgement by default will be taken against you for the relief demanded in the Complaint.

                                    Clerk of the Court

[DATE]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION ON 3/22/12 03 FOR MAILING

DERRICK WRIGHT
    Plaintiff,

CASE NO:

V.

DEPARTMENT OF CORRECTIONS
    Defendant,

## SUMMONS

To: DEPARTMENT OF CORRECTIONS

You are Hereby summoned and required to serve upon Plaintiff DERRICK WRIGHT, whose address is 3420 N.E. 168th Street Okeechobee, Florida, 34972, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgement by default will be taken against you for the relief demanded in the complaint.

                                                  Clerk of the Court

[DATE]