UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _12CV14111 JEM_

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 2:12-CV-14111-JEM

FILED by _____ D.C.

JUL 24 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

PROVIDED TO
OKEECHOBEE CORRECTIONAL
INSTITUTION
ON _____
FOR MAILING

DERRICK WRIGHT
_____
_____
_____
_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

OLUGBENGA OGUNSANWO, M.D.
_____
_____
_____
_____

(Enter above the full name of the defendant or defendants in this action.)

**AMENDED** A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original</u>.

Your complaint must be legibly handwritten or typewritten. <u>Please do not use pencil to complete these forms</u>. The plaintiff or plaintiffs must sign and swear to the complaint. <u>If you need additional space to answer a question, use an additional blank page</u>.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Page 1 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )   No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiffs: _____

      _____

      Defendants: _____

      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

      _____

   3. Case Number: _____

   4. Name of Judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.   Place of present confinement: _____

   A.   Is there a prisoner grievance procedure in this institution?   Yes (✓)   No ( )

   B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)   No ( )

   C.   If your answer is YES:
      1. What steps did you take? _Filed formal Grievance_

      2. What was the result? _Was told Grievances are denied and instructed to speak with health care provider at Institution_

   D.   If your answer is NO, explain why not: _____

II.   Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of plaintiff: _Derrick Wright_
       Address: _3420 N.E. 168th Street, Okeechobee, FL 34972_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

   B.   Defendant _OLUGBENGA OGUNSANWO, M.D._
       is employed as _Assistant Secretary of Health Services_
       at _501 South Calhoun Street, Tallahassee, FL 32399_

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: _____

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Upon arrival into the custody of the Department of Corrections (6/22/10), Plaintiff informed Medical staff at South Florida Reception Center concerning his ongoing Medical Condition (Lipoma in the right cheek), and that treatment is needed. A Medical Referral was submitted and a response was subsequently issued for a Medical Referral. On or about August 23, 2010 at Okeechobee Correctional Institution, Plaintiff was told that he was denied Medical Referral for operation by Defendant(s) (Approving Authority). On this date, a Medical Referral was resubmitted to be seened by a specialist. On or about November 18, 2010, Plaintiff was escorted to S.F.R.C. to consult with specialist. On this date, Specialist submitted another Medical Referral to have a Cat Scan performed for further determination of Plaintiff's ongoing Medical Condition. On December 14, 2010 Plaintiff was taken to S.F.R.C. to be housed. On January 18, 2011 Plaintiff was taken to Kindle Regional Hospital for scheduled C.T. Scan. On this date, after C.T. Scan was carried out, Plaintiff was then breefed by Specialist and Colleague concerning fatty tissue formed in Plaintiff's right cheek and its likelyhood of getting bigger over a course of time. Further, an operation is required to remove tissue and to allow Plaintiff the opportunity to properly chew his food.

Page 4 of 5

# ATTACHMENT

On 2/28/11 Plaintiff met with specialist whom would perform operation for excision. Plaintiff was told another Medical Referral need to be submitted for excision. On 4/12/11 Plaintiff was returned back to O.C.I. On 4/20/11 Plaintiff consulted Chief Doctor about his return whom told Plaintiff Defendant(s) denied Plaintiff recommendation back on 3/2/11. On 4/25/11 Plaintiff Utilized Institution's grievance process appealing to secretary of Department of Corrections wanting to inquire about the reason for denial. Plaintiff was only advised to consult Medical care providers at Institution with no further explanation. Per sick call request, Plaintiff three (3) weeks prior to 11/15/11 resubmitted another Medical Referral for reconsideration. On 11/15/11 Plaintiff was Transferred back to S.F.R.C. to be seened by specialist whom resubmitted order for excision. On 12/21/11 Plaintiff was advised by Medical Staff Defendant(s) denied order (Third Denial) on 12/1/11. On 1/4/12 upon sick call request, Plaintiff consulted with Doctor at S.F.R.C. and was told Defendant(s) denied operation with no further details. Per Doctor's opinion, "Maybe because it's cosmetic." On Febuary 24, 2012 Plaintiff was returned back to O.C.I. On 3/30/12 Plaintiff was seened by Medical Staff and informed Defendant(s) requested for specialist to provide information that Plaintiff's condition was not cosmetic. Plaintiff was told on this date that specialist produced in writting that Plaintiff's condition was not cosmetic. Paper works were faxed to defendant(s) upon Defendant(s) request. Plaintiff now claims that Defendant(s) while acting under the color of state Law, engaged, and or acted with Deliberate Indifference in denying surgery payments diagnoised by Specialist as necessary, in his professional and personal capacity that caused delay in Plaintiff's Serious medical need diagnoised by Specialist as requiring medical treatment. That in a result, caused Plaintiff great distress in refusing to honor specialist's order of excision.

V. Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

Injunction relief: To be awarded necessarily need surgery.

Compesatory Damages: $75,000 for Plaintiff's Mental and Emotional injuries resulting from failure to provide adequate Medical Treatment. That Defendant also reimburst filing fees and other expenses for filing Civil Complaint under section 1983

Punitive Damages: $125,000 for inflicting and or subjecting the plaintiff to Mental Anguish and delay in intentionally refusing to pay for surgery diagnoised by specialist as requiring Medical Treatment

Nominal Damages: $1.00

Signed this _____ day of _____, 20 _____.

_____

(Signature of plaintiff or plaintiffs)

declare under penalty of perjury that the foregoing is true and correct. Executed on _____

_____
(Signature of plaintiff)

Page 5 of 5

Okeechobee C.I.
Derrick Wright DC#M64251
3420 N.E. 168th Street
Okeechobee, FL 34972

USMS INSPECTED

MAILED FROM
RECEIVED
OKEECHOBEE
CORRECTIONAL FAC

FIRST-CLASS MAIL
$00.65
Hasler 07/23/2012 US POSTAGE 10:56 AM
ZIP 34972
011D11622487

United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

33126771859