IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRICK WRIGHT,**

    **Plaintiff,**

**v.**                                                            **Case No.  4:13cv415-MW/GRJ**

**OLUGENGA OGUNSANWO,**
**et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation. ECF No. 124.   Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Defendants Ogunsanwo's and Slovenski's Motion to Dismiss Fourth Amended Complaint, ECF No. 109, is **GRANTED** and Defendants Ogunsanwo and Slovenski are **DISMISSED** from this action.

**SO ORDERED on April 22, 2015.**

                                                      **s/Mark E. Walker**
                                                      **United States District Judge**