IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DERRICK WRIGHT,**

    **Plaintiff,**

**v.**                                                         **Case No. 4:13cv415-MW/GRJ**

**RONALD SOLORZANO, M.D.,**
**et al.,**
    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 134. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendants' Motion for Summary Judgment, ECF No. 130 is **GRANTED**. All pending motions are terminated. The Clerk shall enter judgment stating, "All claims against Defendants are dismissed with prejudice." The Clerk shall close the file.

**SO ORDERED on November 6, 2015.**

                                                                    **s/Mark E. Walker**
                                                                    **United States District Judge**